UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>AARON FREEMAN,<br><br>Defendant. | Crim. No.: 12-454 (FSH)<br><br>CONSENT ORDER MODIFYING<br>CONDITIONS OF BAIL |

THE PARTIES HAVING AGREED TO MODIFY THE CONDITIONS OF BAIL, and the Court having determined that a modification of the conditions of bail are appropriate, and Pretrial Services having no objection;

IT IS on this 2nd day of August 2012 ordered that the Defendant's conditions of bail shall be modified as follows:

1. Defendant shall be removed from home detention with electronic monitoring and placed on a curfew with electronic monitoring;

2. Unless otherwise approved by U.S. Pretrial Services, Defendant is required to be in his residence between the hours of midnight and 5 a.m.

All previously imposed conditions of bail shall remain in place.

_____
Honorable Faith S. Hochberg, U.S.D.J.

Form and Entry Consented to by:

_____
Adam N. Subervi
Assistant U.S. Attorney

_____
Anthony Iacullo, Esq.
Attorney for Defendant Aaron Freeman